1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    MILOS KLVANA,                        1:10-cv-00540-YNP [DLB] (HC)

10              Petitioner,               ORDER TRANSFERRING CASE TO THE
                                          UNITED STATES DISTRICT COURT FOR
11   vs.                                  THE CENTRAL DISTRICT OF
                                          CALIFORNIA
12   WARDEN   OF   PLEASANT   VALLEY

13   STATE PRISON, et al.,

14

15              Respondents.

16   _____/

17

18        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

19   U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

20        Venue for a habeas action is proper in either the district of confinement or the district of

21   conviction.  28 U.S.C. A. § 2241 (d).  However, it is preferable for petitions challenging a conviction

22   or sentence to be heard in the district of conviction while petitions challenging the manner in which the

23   sentence is being executed be heard in the district of confinement.  Dunne v. Henman, 875 F.2d 244, 249

24   (9th Cir. 1989).

25        In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

26   Central District of California.  Therefore, the petition should have been filed in the United States District

27   Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

28   filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d

-1-

1  918, 932 (D.C. Cir. 1974).

2      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

3  District Court for the Central District of California.

4

5      IT IS SO ORDERED.

6      **Dated:   April 1, 2010**      _____**/s/ Dennis L. Beck**_____
                                          UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28