UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MILOS KLVANA,                          ) Case No. CV 10-2452-JVS(RC)
                                       )
            Petitioner,                )
vs.                                    )
                                       ) JUDGMENT
STATE OF CALIFORNIA,                   )
                                       )
            Respondent.                )
_____)

    Pursuant to the Opinion and Order on a petition for writ of
habeas corpus,

    IT IS ADJUDGED that the petition for writ of habeas corpus and
action ARE SUMMARILY DISMISSED for lack of subject matter
jurisdiction.


    DATED:   __April 7, 2010__

                                    _____
                                         JAMES V. SELNA
                                    UNITED STATES DISTRICT JUDGE


R&R-MDO\10-2452.jud
4/6/10